IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY

---------------------------------------------------------------------X

**SHAQUANA HARDY,**

             **Plaintiff,**                **Civil Action No.**

v.

                **1:20-cv-16508**

**AMAZON.COM, LLC; AMAZON.COM SERVICES, INC.; AMAZON.COM DEDC, LLC; AMAZON.COM INC.; ACY1 AMAZON FULFILLMENT CENTER; MICHAEL DOUGLAS; JONATHAN LAST NAME UNKNOWN; MEGAN LAST NAME UNKNOWN; BRIANNA LAST NAME UNKNOWN; AND (DAVID PITTS;**

            **Defendants.**

---------------------------------------------------------------------X

## STIPULATION OF ADMINISTRATIVE TERMINATION

The parties, through their undersigned counsel and pursuant Rule 41.1 of the Local Civil Rules of the United States District Court for the District of New Jersey, hereby stipulate to the administrative termination of the above-captioned action.

| | |
|---|---|
| Derek Smith Law Office, PLLC | Morgan, Lewis & Bockius LLP |
| | |
| /s/ Catherine W. Smith_____ | s/ Emily Cuneo DeSmedt_____ |
| Catherine Smith, Esq. | Emily C. DeSmedt, Esq. |
| 1835 Market Street, Suite 2950 | 502 Carnegie Center |
| Philadelphia, Pennsylvania 19103 | Princeton, New Jersey, 08540 |
| Telephone: (215) 391-4790 | Telephone: (609) 919-6673 |
| Email: catherine@dereksmithlaw.com | Email: emily.desmedt@morganlewis.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Amazon.com Services, LLC* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF NEW JERSEY**

---------------------------------------------------------------------X
**SHAQUANA HARDY,**      .
                    **Plaintiff,**        **Civil Action No.**
      v.

                                 **1:20-cv-16508**
**AMAZON.COM, LLC; et. al.**
                    **Defendants.**
---------------------------------------------------------------------X

## **ORDER**

It having been reported to the Court that the above-captioned action has been settled,

**IT IS** on this _____ day of _____, **2021**, hereby

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that within sixty (60) days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

 

                                                                                          _____
                                                                                          KAREN M. WILLIAMS
                                                                                          United States Magistrate Judge