IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY

----------------------------------------------------------------------X

**SHAQUANA HARDY,**                                            .

                       **Plaintiff,**                       Civil Action No.

    v.

                                                   1:20-cv-16508

**AMAZON.COM, LLC; AMAZON.COM SERVICES, INC.; AMAZON.COM DEDC, LLC; AMAZON.COM INC.; ACY1 AMAZON FULFILLMENT CENTER; MICHAEL DOUGLAS; JONATHAN LAST NAME UNKNOWN; MEGAN LAST NAME UNKNOWN; BRIANNA LAST NAME UNKNOWN; AND (DAVID PITTS;**

                       **Defendants.**

----------------------------------------------------------------------X

## **STIPULATION OF ADMINISTRATIVE TERMINATION**

      The parties, through their undersigned counsel and pursuant Rule 41.1 of the Local Civil Rules of the United States District Court for the District of New Jersey, hereby stipulate to the administrative termination of the above-captioned action.


Derek Smith Law Office, PLLC					Morgan, Lewis & Bockius LLP
.


/s/ Catherine W. Smith_____			s/ Emily Cuneo DeSmedt_____
Catherine Smith, Esq.					Emily C. DeSmedt, Esq.
1835 Market Street, Suite 2950				502 Carnegie Center
Philadelphia, Pennsylvania 19103			Princeton, New Jersey, 08540
Telephone: (215) 391-4790				Telephone: (609) 919-6673
Email: catherine@dereksmithlaw.com			Email: emily.desmedt@morganlewis.com

*Attorneys for Plaintiff*					*Attorneys for Amazon.com Services, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF NEW JERSEY

-----------------------------------------------------------------------X

SHAQUANA HARDY,

                    **Plaintiff,**                    **Civil Action No.**

v.

                    **1:20-cv-16508**

AMAZON.COM, LLC; et. al.

                    **Defendants.**

-----------------------------------------------------------------------X

## ORDER

It having been reported to the Court that the above-captioned action has been settled,

**IT IS** on this  2nd   day of   February  , 2021, hereby

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that within sixty (60) days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under the Federal Rules of Civil Procedure or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

*Karen M Williams*

KAREN M. WILLIAMS
United States Magistrate Judge